ACCEPTED
15-24-00112-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/4/2025 4:07 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00112-CV

## IN THE FIFTEENTH COURT OF APPEALS
## AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/4/2025 4:07:58 PM
CHRISTOPHER A. PRINE
Clerk

TEXAS PARKS AND WILDLIFE DEPARTMENT AND
JOHN SILOVSKY, WILDLIFE DIVISION DIRECTOR,
*APPELLANTS,*

*V.*

RW TROPHY RANCH LTD, AND ROBERT WILLIAMS,
*APPELLEES.*

---

Transferred from the Fifth Court of Appeals, Dallas, Texas,
Cause No. 05-24-00582-CV,
pursuant to the Supreme Court Transfer Order Issued October 21, 2024.

---

On Appeal from the County Court of Law No. 2, Kaufman County, Texas,
Cause No. 110299-CC2,
The Honorable Bobby Rich, Judge Presiding

---

## NOTICE OF NONREPRESENTATION OF COUNSEL FOR APPELLANTS TEXAS PARKS AND WILDLIFE, JOHN SILOVSKY, AND THE STATE OF TEXAS

---

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 6.4(c), the Court and counsel are hereby notified that the following non-lead counsel, Heather Coffee, will no longer represent the Appellants Texas Parks and Wildlife Department and John

Silovsky, Wildlife Division Director. Counsel Heather Coffee will no longer be with the Office of the Attorney General. This change is neither intended to cause nor expected to result in any delay of the proceedings.

The following counsel will continue as lead counsel:

**H. Carl Myers**
State Bar No. 24046502
Assistant Attorney General
Environmental Protection Division
Office of the Attorney General
P.O. Box 12548, MC 066
Austin, Texas 78711-2548
Tel: (512) 475-2012
Fax: (512) 320-0911
Carl.Myers@oag.texas.gov

Appellants further note the contact information below for Ian Lancaster, who will remain as additional counsel:

**Ian Lancaster**
State Bar No. 24097964
Assistant Attorney General
Ian.Lancaster@oag.texas.gov

Respectfully submitted,

KEN PAXTON
Attorney general of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KELLIE E. BILLINGS-RAY
Chief, Environmental Protection Division

__*/s/ Heather Coffee*_____
HEATHER COFFEE
Assistant Attorney General
State Bar No. 24138102
Heather.Coffee@oag.texas.gov

H. CARL MYERS
Assistant Attorney General
State Bar No. 24046502
Carl.Myers@oag.texas.gov

IAN LANCASTER
Assistant Attorney General
State Bar No. 24097964
Ian.Lancaster@oag.texas.gov

Environmental Protection Division
Office of the Attorney General
P.O. Box 12548, MC 066
Austin, Texas 78711-2548
Phone: (512) 463-2012
Fax: (512) 320-0911

**COUNSEL FOR APPELLANTS
TEXAS PARKS AND WILDLIFE, AND
JOHN SILOVSKY, WILDLIFE
DIVISION DIRECTOR**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing *Notice of Nonrepresentation of Counsel* was served on the following counsel of record by e-service on February 4, 2025.

Jennifer S. Riggs
RIGGS & RAY, P.C.
3307 Northland Drive, Ste. 215
Austin, Texas 78731
Jriggs@r-alaw.com
**COUNSEL FOR APPELLEES**

Bruce Monning
4709 West Lovers Lane
Suite 100
Dallas, Texas 75209
bruce@monwyn.com
**COUNSEL FOR APPELLEES AND AMICUS CURIAE DEER BREEDERS CORP.**

*/s/ Heather Coffee*
HEATHER COFFEE

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

James McCarley on behalf of Heather Coffee
Bar No. 24138102
scott.mccarley@oag.texas.gov
Envelope ID: 96980526
Filing Code Description: Other Document
Filing Description: State's Notice of Nonrepresentation of Counsel
Status as of 2/4/2025 4:46 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Laura Courtney | | laura.courtney@oag.texas.gov | 2/4/2025 4:07:58 PM | SENT |
| Heather Coffee | | heather.coffee@oag.texas.gov | 2/4/2025 4:07:58 PM | SENT |
| Bruce Monning | | bruce@monwyn.com | 2/4/2025 4:07:58 PM | SENT |
| Kimberly S.Keller | | kim@kellsto.com | 2/4/2025 4:07:58 PM | SENT |
| Ian Lancaster | | ian.lancaster@oag.texas.gov | 2/4/2025 4:07:58 PM | SENT |

Associated Case Party: Texas Parks & Wildlife Department

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| H. CarlMyers | | Carl.Myers@oag.texas.gov | 2/4/2025 4:07:58 PM | SENT |

Associated Case Party: RW Trophy Ranch, Ltd.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jennifer Riggs | | jriggs@r-alaw.com | 2/4/2025 4:07:58 PM | SENT |
| Shama Hussain | | shussain@r-alaw.com | 2/4/2025 4:07:58 PM | SENT |